WHITTELSEY, Appellant, v. DORSETT & OTHERS, Respondents.

1. Jones v. Brinker, (20 Mo. 87,) and The State, to use of Tourville, v. Roland, ante, (p. 95,) affirmed.

*C. C. Whittelsey*, for appellant.
*Gantt*, for respondents.

RYLAND, Judge. This case comes fully within the principles laid down by the court in the case of Jones v. Brinker, 20 Mo. 87, and of the case of State, to use of Tourville, v. Roland *et al.*, decided at the present term. The judgment must be affirmed ; the other judges concurring.